Case 11-02491   Filed 02/01/12   Doc 17

FILED
February 01, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004043853

Law Offices of
FRALEY & FRALEY
Gary Ray Fraley, SBN 80056
Andrew Grossman, SBN 258671
1401 El Camino Avenue, Suite 370
Sacramento, CA 95815
Telephone: (916) 485-5444
Facsimile: (916) 485-8969
e-service: FraleyandFraley@gmail.com

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Juan Martinez and Maria Jimenez<br><br>Jose Lule, Plaintiff<br><br>v.<br><br>Juan Martinez and Maria Jimenez,<br>Defendants | Case No.: 11-27821-C-7<br>Adversary No.: 11-2491<br>Honorable Christopher Klein<br>Location: Courtroom 35<br>501 I St., 6th Floor, Sacramento, CA |

## VOLUNTARY DISMISSAL

By and through counsel, Jose Lule, the Plaintiff herein, hereby requests that the Court dismiss the above-captioned adversary proceeding with prejudice.

Respectfully submitted on February 1, 2012

_____
Andrew Grossman, Esq.
Fraley & Fraley

1